# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MILTON AL STEWART,  )<br>ACTING SECRETARY OF LABOR,  )<br>UNITED STATES DEPARTMENT  )<br>OF LABOR,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GENESIS HEALTH CLUBS  )<br>MANAGEMENT, INC.  )<br>d/b/a Genesis Health Clubs,  )<br>GENESIS HEALTH CLUBS OF  )<br>MIDWEST LLC, and  )<br>RODNEY STEVEN II, Individually,  )<br>  )<br>    Defendants.  )  | CIVIL ACTION FILE<br>NO. 6:21-cv-1042 |

## CONSENT JUDGMENT

Plaintiff, Milton Al Stewart, Acting Secretary of Labor, United States Department of Labor ("Plaintiff"), has filed his Complaint and the Defendants Genesis Health Clubs Management, Inc. d/b/a Genesis Health Club, Genesis Health Clubs of Midwest LLC, and Rodney Steven II, individually, ("Defendants"), hereby acknowledge receipt of the Complaint herein and waive service thereof, having been duly advised in the premises, agree to the entry of this judgment without contest under the Fair Labor Standards Act of 1938, as Amended (29 U.S.C. § 201 *et seq.*) (hereinafter "the Act"). Therefore, upon motion of the attorneys for Plaintiff, and for cause shown:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to section 17 of the Act, that the Defendants, their officers, agents, servants, employees, successors, assigns and all persons in active concert or participation with them, hereby are, permanently enjoined and restrained from violating the provisions of the Act in any of the following manners:

I.

Defendants shall not fail to make, keep, and preserve records of their employees and of the wages, hours, and other conditions and practices of employment maintained by them as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act and found in 29 C.F.R. Part 516. Specifically, Defendants failed to maintain records of the hours worked each workday and each workweek for certain employees to whom section 6 or both sections 6 and 7(a) of the Act apply. Defendants shall make, keep, and preserve records of their employees to include the time work begins each day and the time work ends each day, and a symbol, letter or other notation on the payroll records identifying each employee who is paid pursuant to section 7(i).

II.

Each party shall bear its/his/their own fees and other expenses incurred by such party in connection with any stage of this proceeding to date with no costs and expenses, including but not limited to, any and all costs and expenses referenced under the Equal Access to Justice Act, as Amended.

III.

Notwithstanding anything to the contrary, above, nothing in this Judgment shall be deemed an admission on the part of Defendants to claims for any other violations of the FLSA in this litigation; the agreements, statements, stipulations and actions taken herein are made for the exclusive purposes of settling the alleged failure to make, keep, and preserve records pursuant to section 11(c) of the Act and found in 29 C.F.R. Part 516 and shall not be used for any purpose other than in a proceeding brought by the United States Government to enforce the terms of this Judgment.

This Court shall retain jurisdiction for purposes of enforcing compliance with the terms of this final judgment pursuant to Federal Rule of Civil Procedure 54.

IT IS SO ORDERED.

Dated this 18th day of February 2021.

*/s/ Holly L. Teeter*

United States District Judge

Entry of this Judgment is hereby consented to and notice by the Clerk to the Defendants is hereby waived:

| For Defendants: | For Plaintiff: |
|---|---|
| **Genesis Health Clubs Management, Inc. d/b/a Genesis Health Clubs** | Elena S. Goldstein<br>Deputy Solicitor of Labor |
| | Christine Z. Heri<br>Regional Solicitor |
| s/ Rodney Steven, II<br>Rodney Steven, II, Pres.<br>6100 East Central, Building 3<br>Wichita, Kansas 67208 | Evert H. Van Wijk<br>Associate Regional Solicitor |
| **Genesis Health Clubs of Midwest LLC** | s/Traci Martin<br>Traci Martin<br>KS Bar# 24284<br>Trial Attorney<br>martin.traci.e@dol.gov |
| s/ Rodney Steven, II<br>Rodney Steven, II<br>6100 East Central, Building 3<br>Wichita, Kansas 67208 | |
| **Rodney Steven, II** | s/Ambriel Renn-Scanlan<br>Ambriel Renn-Scanlan<br>Trial Attorney<br>renn-scanlan.ambriel@dol.gov |
| s/ Rodney Steven, II<br>Rodney Steven, II<br>6100 East Central, Building 3<br>Wichita Kansas 67208 | |
| | s/Elaine M. Smith<br>Elaine M. Smith<br>Trial Attorney<br>smith.elaine.m@dol.gov |
| s/William S. Robbins<br>William S. Robbins, Jr. KS#12055<br>Attorney for All Defendants<br>Polsinelli<br>900 W. 48th Place Suite 900<br>Kansas City, MO 64112<br>Telephone: (816) 395-0637<br>brobbins@polsinelli.com | 2300 Main Street, Suite 1020<br>Kansas City, MO 64108<br>(816) 285-7262<br>(816) 285-7287 (fax) |
| Dated: 2/5/21 | Dated: 2/16/21 |

4